

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2025

No. 04-25-00366-CV

**IN RE** Karla Castillon **DURAN**

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
          Lori I. Valenzuela, Justice
          H. Todd McCray, Justice

On June 6, 2025, relator filed her petition for writ of mandamus and motion for emergency stay of a July 7, 2025, trial setting on the underlying removal action. Relator requested a writ granting mandamus and vacating the order setting trial, and a writ directing the trial court to dismiss the removal action for want of jurisdiction because the Bexar County District Attorney has not joined the suit as required by statute. We granted the stay of the July 7, 2025 trial setting to request responsive briefing. Relator's request that this court vacate the order granting the July 7, 2025, trial setting is now moot.

Relator has not furnished the materials required by Rules 52.3(k)(1)(B) or 52.7(a) of the Texas Rules of Appellate Procedure necessary to establish her right to the remaining relief requested. The petition for writ of mandamus is **DENIED**

It is so **ORDERED** on August 20, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CI03892, styled *Robert C. Gonzalez v. Karla Castillon Duran, et al*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.